Vano Haroutunian (VH-1010)
Ballon Stoll Bader & Nadler, P.C.
729 Seventh Avenue, 17th Floor
New York, New York 10019
Tel: 212-575-7900
*Attorneys for Plaintiff*
*Stevano Wear, Inc. d/b/a Stevano Wear Co.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STEVANO WEAR, INC. d/b/a STEVANO WEAR CO.,
          Plaintiff,

      -against-

GENEVA FACTORS LTD.
          Defendant.
------------------------------------------------------------------X

Case No.:

**RULE 7.1 STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **STEVANO WEAR, INC., d/b/a STEVANO WEAR CO.**, (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

    NONE

Date: August 26, 2008

                                      _____
                                      Vano Haroutunian (VH-1010)
                                      Ballon Stoll Bader & Nadler, P.C.
                                      729 Seventh Avenue, 17th Floor
                                      New York, NY 10019
                                      Tel: (212) 575-7900